# EXHIBIT B



*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

January 22, 2025

**Via USPS First-Class Mail**
Annabel Palma, Chair
New York City Commission on Human Rights
22 Reade Street
New York, New York 10007

**Via Email**
Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
New York City Law Department
100 Church Street
New York, NY 10007
ServiceECF@law.nyc.gov

    Re:    **Shelia Cockburn v. The City of New York and The New York City Department of Buildings**

Dear Ms. Palma & Hon. Hinds-Radix:

    Pursuant to the notice requirements of Section 8-502 of the New York City Administrative Code, please find enclosed a copy of the Complaint in the above-referenced action, which was filed on January 22, 2025 in the United States District Court for the Southern District of New York.

    Respectfully submitted,

    /s/Brittany A. Stevens
    Brittany A. Stevens, Esq.