**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X   **Case No.: 25-cv-00647**
SHELIA COCKBURN,

                                      Plaintiff,

       -against-

THE CITY OF NEW YORK and THE NEW YORK
CITY DEPARTMENT OF BUILDINGS,

                                  Defendants.
-------------------------------------------------------------------X

## **NOTICE OF APPEARANCE**

       To the clerk of this court and all parties of record: Please enter my appearance as counsel for Plaintiff in the herein action. I certify that I am admitted to practice in this court.

Dated:   New York, New York
           January 23, 2025

                                                         */s/Blake L. Ferris*
                                                         Blake L. Ferris, Esq.
                                                         Phillips & Associates
                                                         Attorneys at Law, PLLC
                                                         45 Broadway, 28th Floor
                                                         New York, NY 10006
                                                         Tel: (212) 248-7431
                                                         Fax: (212) 901-2107
                                                         mmickelsen@tpglaws.com