**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X   Case No.: 25-cv-00647
SHELIA COCKBURN,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK and THE NEW YORK
CITY DEPARTMENT OF BUILDINGS,

                             Defendants.
-------------------------------------------------------------------X

## **NOTICE OF APPEARANCE**

       To the clerk of this court and all parties of record: Please enter my appearance as counsel for Plaintiff in the herein action. I certify that I am admitted to practice in this court.

Dated:   New York, New York
            January 23, 2025

                                                                     _____
                                                                     Morgan L. Mickelsen, Esq.
                                                                     Phillips & Associates
                                                                     Attorneys at Law, PLLC
                                                                     45 Broadway, 28th Floor
                                                                     New York, NY 10006
                                                                     Tel: (212) 248-7431
                                                                     Fax: (212) 901-2107
                                                                     mmickelsen@tpglaws.com