

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | Yi Liu, Esq.<br>Assistant Corporation Counsel<br>Labor and Employment Law Division<br>Telephone: (212) 356-2533<br>Cell No.: (332) 323-0668 |

February 24, 2025

**Via CM/ECF**
Honorable Magistrate Judge Jennifer Willis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Shelia Cockburn v. the City of New York, et al.,
       No.: 25-cv-00647 (JPO)(JEW)

Dear Magistrate Judge Willis,

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York representing Defendants, the City of New York and the New York City Department of Buildings ("DOB"), in the above referenced action. I am writing to respectfully request an extension nunc pro tunc from February 18, 2025, to April 30, 2025, for Defendants to file their response to Plaintiff's Complaint. This is Defendants' first request for an extension of time. Plaintiff consents to this extension request.

I apologize for filing this request late and after the deadline for Defendants to respond. I inadvertently failed to calendar the date the response was due and, upon learning of my error, immediately reached out to Plaintiff's counsel and filed this request for an extension. I am requesting this extension because I need time to adequately investigate the allegations made in the Complaint and prepare a proper response.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Yi Liu
Yi Liu
Assistant Corporation Counsel
yil@law.nyc.gov

Cc:    Plaintiff via ECF